PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY      # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
ERIC CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 05-00206 JMS-02 |
| ) | |
| Plaintiff, ) | MOTION TO AMEND |
| ) | CONDITIONS OF RELEASE ON |
| vs. ) | BOND; DECLARATION OF |
| ) | COUNSEL; CERTIFICATE OF |
| ERIC CASTRO (02), ) | SERVICE |
| ) | |
| Defendant. ) | |
| _____ ) | |

**MOTION TO AMEND CONDITIONS OF RELEASE ON BOND**

　　　　　COMES NOW the defendant, Eric Castro, through counsel, Donna M. Gray, Assistant Federal Defender, and moves this Honorable Court to amend the conditions of his release on a secured bond.  Mr. Castro seeks to lower the amount of the secured bond to allow for the release of the residences owned by

his parents and his parents-in-law.  Additionally, Mr. Castro seeks a modification of the home detention and electronic monitoring conditions of his release.

      This motion is based upon the attached declaration of counsel and the files and records of this case.

      DATED:  Honolulu, Hawaii, May 10, 2006.

        /s/Donna M. Gray
      DONNA M. GRAY
      Attorney for Defendant
      ERIC CASTRO

## CERTIFICATE OF SERVICE

DONNA M. GRAY, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on May 10, 2006:

CHRIS A. THOMAS        (Served Electronically through CM/ECF)
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813

Attorney for Plaintiff
UNITED STATES OF AMERICA


JULIE A. WALL            (hand-delivered)
Pretrial Services Officer
PJKK Federal Building
300 Ala Moana Boulevard, Room 7319
Honolulu, Hawaii   96850

DATED:  Honolulu, Hawaii, May 10, 2006.

/s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
ERIC CASTRO