# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/16/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR05-00206JMS

CASE NAME:       USA v. (02) Eric Castro

ATTYS FOR PLA:   Chris Thomas

ATTYS FOR DEFT:  (02) Donna Gray

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:   FTR C5

DATE:     5/16/2006                  TIME:       2:00-2:03:10pm

COURT ACTION:  EP: Motion to Amend Condition of Release on Bond - defendant's presence waived

Defendant and government submit on the pretrial services report. Motion granted.

Bail shall be modified as follows:

**DELETE**
(7a1)  Execute a bond in the amount of $500,000, secured by four Deeds of Trust in the amount of $502,056.00

5.     You shall reside at a residence with parents under home detention and not change residence for more than 24 hours without the prior approval of the Pretrial Services Officer.

**ADD**
(7a1)  Execute a bond in the amount of $200,000, secured by Deeds of Trust in the amount of $200,000

(7o)   Comply with the following curfew: as directed by Pretrial Services.

Submitted by: Shari Afuso, Courtroom Manager