RECORDING REQUESTED BY

Sue Beitia, Clerk, US District Court
US Court House

AND WHEN RECORDED MAIL TO

Name: Ronald or Maryann L'Ecuyer
Street Address: 1193 Park Heights Drive
City, State, Zip: Galt, CA 95632

Order No.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 31 2006

at 4 o'clock and 30 min. P.M.
SUE BEITIA, CLERK

CR 05-00206 JMS 02

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# FULL RECONVEYANCE

Alliance Title Company, a California corporation, as Trustee, or Successor Trustee, or Substituted Trustee, under Deed of Trust dated **August 04, 2005**

EXECUTED BY **RONALD LECUYER AND MARYANN LECUYER, HUSBAND AND WIFE JOINT TENANTS**

**1193 PARK HEIGHTS DRIVE GALT, CA 95632**

_____, Trustor,

and recorded as Instrument No. **200508101318**, on **August 10, 2005**

in Book **20050810**, Page **1318** of Official Records in the Office of the Recorder of **Sacramento** County, California,

*20050810 page 1318*

having been requested in writing by the holder of the obligation secured by said Deed of Trust, to reconvey the estate granted to Trustee under said Deed of Trust, does hereby reconvey to the person or persons legally entitled thereto, without warranty, all the estate, title and interest acquired by Trustee under said Deed of Trust.

IN WITNESS WHEREOF, said Alliance Title Company, trustee, has caused its corporate name and seal to be hereto affixed by its duly authorized officer.

STATE OF ~~CALIFORNIA~~ HAWAII
COUNTY OF Honolulu  } S.S.

On MAY 31, 2006 before me,

Eileen Chun Sakoda

a Notary Public in and for said County and State, personally appeared

Sue Beitia, Clerk of Court

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

My commission expires 3-20-2008

Alliance Title Company

_____
Authorized Signature

(This area for official notorial seal)

Fulrecon (rev. 07/16/98)