RECORDING REQUESTED BY

Sue Beitia, Clerk, US District Court
US Court House

AND WHEN RECORDED MAIL TO

Name: JORGE OR VILMA CASTRO
Street Address: 1014 MARINA BAY COURT
City, State Zip: Galt, CA 95632

Order No. _____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 31 2006

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# FULL RECONVEYANCE

[All / Ptn.]

Alliance Title Company, a California corporation, as Trustee, or Successor Trustee, or Substituted Trustee, under Deed of Trust dated **August 10, 2005**

EXECUTED BY **JORGE AND VILMA CASTRO, HUSBAND AND WIFE JOINT TENANTS**

**1014 MARINA BAY DRIVE  GALT, CA 95632**

[____], Trustor,

and recorded as Instrument No. **200508101319**, on **08-10-05**

in Book **20050810**, Page **1319** Official Records in the Office of the Recorder of **Sacramento** County, California,

having been requested in writing by the holder of the obligation secured by said Deed of Trust, to reconvey the estate granted to Trustee under said Deed of Trust, does hereby reconvey to the person or persons legally entitled thereto, without warranty, all the estate, title and interest acquired by Trustee under said Deed of Trust.

IN WITNESS WHEREOF, said Alliance Title Company, trustee, has caused its corporate name and seal to be hereto affixed by its duly authorized officer.

STATE OF ~~CALIFORNIA~~ Hawaii 6-06
COUNTY OF Honolulu                                } S.S.

On May 31, 2006 before me,

_____ Eileen Chun Sakoda

a Notary Public in and for said County and State, personally appeared

_____ Sue Beitia, Clerk

Authorized Signature

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

My commission expires 3-20-2001

(This area for official notorial seal)

Fulrecon (rev. 07/16/98)