RECORDING REQUESTED BY

Alliance Title Company

AND WHEN RECORDED MAIL TO

Name: Ronald L'Ecuyer
Street Address: 1193 Park Heights Drive
City, State, Zip: Galt CA 95632

Order No. 12371003-810-LMD
APN No: 148-0770-021-0000

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# SUBSTITUTION OF TRUSTEE AND DEED OF FULL RECONVEYANCE

The undersigned Beneficiaries, in and under the provisions of that certain Deed of Trust executed by

**RONALD L'ECUYER AND MARYANN L'ECUYER**, Trustors, to **ALLIANCE TITLE**, as Trustee for **SUE BEITIA CLERK US DISTRICT COURT**, Beneficiaries, dated **8-4-2005** and recorded on **8-10-2005** in the office of the Recorder of **Sacramento**, State of California, in Book **20050810**, Page **1318**, Instrument No. NA, of Official Records do(es) in accordance with the provisions of said Deed of Trust, hereby give notice of the Substitution and Appointment of **SUE BEITIA** in place and instead of the Trustee above named,

and do(es) hereby vest in said substituted Trustee, all the rights, title, estate, power, duty and trusts conferred by said Deed of Trust upon the Trustee therein named. And whereas the indebtedness secured, to be paid by the Deed of Trust above mentioned has been fully paid and/or satisfied.

NOW THEREFORE, **SUE BEITIA**, substituted Trustee, does hereby GRANT AND RECONVEY unto the parties entitled thereto without warranty, all the estate and interest derived to the said Trustee under said Deed of Trust in the lands therein described, situated in the City of **GALT** County of **Sacramento**, State of California. Reference being hereby made specifically to said Deed of Trust and the record thereof for a particular description of said lands.

Dated: June 8, 2006

Beneficiary and Substituted Trustee

STATE OF HAWAII
COUNTY OF HONOLULU

} S.S. SUE BEITIA

On June 16 2006 before me, Eileen Chun Sakoda

SUE BEITIA

a Notary Public, personally appeared

Sue Beitia, Clerk U.S. District Court

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

(This area for official notorial seal)

subrecon (rev. 12/28/05)