ORIGINAL

**J. PATRICK McCARTHY**
Attorney at Law, California Bar #41920
901 H Street, Suite 304
Sacramento, CA   95814
Telephone:    (916) 442-1932
Facsimile:     (916) 442-1924
Email:  mcwhite901@hotmail.com

**RONALD Y. AMEMIYA**
Attorney at Law, State Bar #694
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2100
Honolulu, Hawaii   96813
Telephone:    (808) 523-0084

Attorneys for Defendant, Eric Castro

LODGED
JUN 2 6 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 2 8 2006
at 4 o'clock and 30 min. P M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 05-00206 JMS |
| Plaintiff, | EX PARTE APPLICATION FOR ADMISSION PRO HAC VICE; DECLARATION OF J. PATRICK MCCARTHY; CONSENT OF RONALD Y. AMEMIYA; ORDER GRANTING EX PARTE APPLICATION FOR ADMISSION PRO HAC VICE; CERTIFICATE OF SERVICE |
| v. | |
| ERIC CASTRO (02), | |
| Defendant. | |

COMES NOW J. Patrick McCarthy, and pursuant to Rule 83.1(e) of the Rules of the United States District Court for the District of Hawaii, applies to this court for the admission of J. Patrick McCarthy to practice before the United States District Court for the District of Hawaii pro hac vice.

1

This application is supported by the Declaration of J. Patrick McCarthy and the Consent of Ronald Y. Amemiya attached hereto.

Dated: June 19, 2006

_____
J. PATRICK McCARTHY

### DECLARATION OF J. PATRICK MCCARTHY

I, J. Patrick McCarthy, under penalty of perjury, do hereby declare:

1. I hereby apply to the court under Local Rule 83.1(e) for permission to appear and participate in the above-captioned matter on behalf of Defendant Eric Castro, by whom I have been retained.

2. My office is located at 901 H Street, Suite 304, Sacramento, California 95814, telephone (916) 442-1932 and facsimile (916) 442-1924.

3. My residence address is 4649 Cabana Way, Sacramento, California 95822.

4. I am of good moral character and have been retained by Mr. Castro to appear on his behalf.

5. I am a member of good standing of the bars of the following courts and/or eligible to practice via pro hac vice in:

| Court | Date |
|---|---|
| State of California | 1968 |
| U.S. District Court for the Eastern District of California | 1968 |

6. I am not currently suspended or disbarred in any other court.

7. I do not reside in Hawaii and I am not a member of the bar of the United

States District Court for the District of Hawaii.

8. I am not regularly employed in Hawaii.

9. I am not regularly engaged in business, professional or law-related activities in Hawaii.

10. I have not made application to this court to appear pro hac vice at any time.

11. I designated Ronald Y. Amemiya, an attorney who is a member of the bar of this court and who maintains an office within this district, as local counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served. Ronald Y. Amemiya shall at all times meaningfully participate in the preparation and trial of the case with the authority and responsibility to act as attorney of record for all purposes.

12. This case will not be delayed by the granting of applicant's application.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the local rules, the local criminal rules, the Federal Rules of Criminal Procedure and the Federal Rules of Evidence. Executed at Sacramento, California.

Dated: June 19, 2006

_____
J. PATRICK McCARTHY

## CONSENT OF RONALD Y. AMEMIYA

I, RONALD Y. AMEMIYA, an active member in good standing of this court, have been associated as co-counsel for Defendant Eric Castro by J. Patrick McCarthy. I shall at all times meaningfully participate in the case with the authority and responsibility to act as attorney of record for all purposes and I shall be the person with whom this court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served. My address is: Pacific Guardian Center, Mauka Tower, 737 Bishop Street, Suite 2100, Honolulu, Hawaii 96813 and my telephone number is: (808) 523-0084

Dated: June 26, 2006

_Ronald Y. Amemiya_
RONALD Y. AMEMIYA

# ORDER GRANTING EX PARTE
## APPLICATION FOR ADMISSION PRO HAC VICE

Defendant's Ex Parte Application for Admission Pro Hac Vice of J. Patrick McCarthy to practice before the United States District Court for the District of Hawaii in the above-entitled matter, and the Declaration of J. Patrick McCarthy and Consent of Ronald Y. Amemiya attached hereto having been considered by the court, and the court finding good cause,

IT IS HEREBY ORDERED that the Ex Parte Application for Admission Pro Hac Vice of J. Patrick McCarthy to practice before the United States District Court for the District of Hawaii in the above-entitled case is hereby granted.

Dated:

_____

5

## CERTIFICATION OF SERVICE

I hereby certify that on today's date, a copy of the foregoing was duly mailed, postage prepaid, or personally delivered to the following:

Chris A. Thomas
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, Hawaii    96813

Attorney for Plaintiff, United States of America

Executed at Sacramento, California on June    , 2006.

_____
J. PATRICK McCARTHY