ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 30 2006

at 8 o'clock and 30 min A M
SUE BEITIA, CLERK

LODGED

JUN 26 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

**J. PATRICK McCARTHY**
Attorney at Law, California Bar #41920
901 H Street, Suite 304
Sacramento, CA  95814
Telephone:    (916) 442-1932
Facsimile:    (916) 442-1924
Email: mcwhite901@hotmail.com

**RONALD Y. AMEMIYA**
Attorney at Law, State Bar #694
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone:    (808) 523-0084

Attorneys for Defendant, Eric Castro

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 05-00206 JMS |
| ) | |
| Plaintiff, ) | WITHDRAWAL AND |
| v. ) | SUBSTITUTION OF COUNSEL; |
| ) | ORDER |
| ERIC CASTRO (02), ) | |
| ) | |
| Defendant. ) | |

Donna M. Gray, Assistant Federal Public Defender, appointed counsel for Defendant Eric Castro, hereby withdraws in this case.  J. Patrick McCarthy and Ronald Y. Amemiya hereby make their appearance as retained counsel for Mr. Castro in all proceedings hereafter.

Dated: Honolulu, Hawaii, June ___, 2006

_____
DONNA M. GRAY,
Withdrawing Attorney for Defendant,
Eric Castro

_____
J. PATRICK McCARTHY,
Substituting Attorney for Defendant,
Eric Castro

_____
RONALD Y. AMEMIYA,
Substituting Attorney for Defendant,
Eric Castro

This Substitution is made at my request and I agree to it. Executed at Sacramento, California on June __24__, 2006.

_____
ERIC CASTRO, Defendant

**IT IS APPROVED AND SO ORDERED.**

Dated: Honolulu, Hawaii

_____
BARRY M. KURREN
United States Magistrate Judge