AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| Receipt | 235625 |
|---|---|
| Trans | 140571 |

Received From:   J. P. MCCARTHY
Case Number:
Reference Number:   CR 05-206

|  | Check | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  | **Total** | | **225.00** |
|  | Tend | | 225.00 |
|  | Due | | 0.00 |

06/26/2006 03:15:03 PM     Deputy Clerk: et/AG