| RECORDING REQUESTED BY | |
|---|---|
| AND WHEN RECORDED MAIL TO | |
| Name: SUZIE CASTRO C/O<br>Real Estate Funding Group<br>8785 Center Parkway<br>Ste B360<br>Sacramento, CA 95823 | |

APN No: **148-0870-022-0000**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# SUBSTITUTION OF TRUSTEE AND DEED OF FULL RECONVEYANCE

The undersigned Beneficiaries, in and under the provisions of that certain Deed of Trust executed by

**JORGE A CASTRO AND VILMA CASTRO**_____, Trustors, to

**ALLIANCE TITLE COMPANY**_____, as Trustee for

**SUE BEITIA CLERK US DISTRICT COURT**_____, Beneficiaries,

dated **8-4-2005**_____ and recorded on **8-10-2005**_____ in the office of the Recorder of

Sacramento, State of California, in Book **20050810**, Page **1319**, Instrument No. NA, of Official Records

do(es) in accordance with the provisions of said Deed of Trust, hereby give notice of the Substitution and Appointment of

**SUE BEITIA**_____ in place and instead of

the Trustee above named, and do(es) hereby vest in said substituted Trustee, all the rights, title, estate, power, duty and trusts conferred by said Deed of Trust upon the Trustee therein named. And whereas the indebtedness secured, to be paid by the Deed of Trust above mentioned has been fully paid and/or satisfied.

NOW THEREFORE, **SUE BEITIA**_____, substituted Trustee, does hereby GRANT AND RECONVEY unto the parties entitled thereto without warranty, all the estate and interest derived to the said Trustee under said Deed of Trust in the lands therein described, situated in the City of **GALT** County of **Sacramento**, State of California. Reference being hereby made specifically to said Deed of Trust and the record thereof for a particular description of said lands.

Dated: ~~June 21, 2006~~ JULY 27, 2006

STATE OF ~~CALIFORNIA~~ HAWAII
COUNTY OF ~~Sacramento~~ Honolulu

On ___July 27, 2006___ before me,
___Eileen Chun Sakoda___
a Notary Public, personally appeared
___Sue Beitia, Clerk___
___US District Court___
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

My Commission expires: 3-20-2008

Beneficiary and Substituted Trustee

S.S.  **SUE BEITIA**

_____
**SUE BEITIA**

(This area for official notorial seal)

subrecon (rev. 12/28/05)