# FEDERAL PUBLIC DEFENDER
### District of Hawaii

**Annette M. Metcalf**  
**Paralegal Specialist**

300 Ala Moana Boulevard, Suite 7-104  
Honolulu, Hawaii 96850-5269

(808) 541-2521 ♦ Facsimile (808) 541-3545 ♦ Toll free (877) 541-2521

July 26, 2006

Mr. George Bartels  
United States District Court Clerks Office  
300 Ala Moana Blvd. Room C304  
Honolulu, Hawaii  96850

Re: **U.S. v. Eric Castro**, Cr. No. 05-00206 JMS 02  
**Substitution of Trustee and Corrected Full Reconveyance**

Dear George:

You may recall in this case that we learned that the previous Full Reconveyance which was filed on May 31, 2006, was done incorrectly. Enclosed is the corrected Substitution of Trustee and Deed of Full Reconveyance document for the Jorge and Velma Castro property. The property owners have requested that this document be completed. Please have the Clerk sign and have notarized two originals of this document.

I am sorry for the inconvenience in this matter. If you have any questions, please call me at 541-2521. Thank you for your assistance.

Sincerely,

*Annette M Metcalf*

ANNETTE M. METCALF  
Paralegal Specialist, Federal Public Defender  
District of Hawaii

Enclosures