E.T.S.
15455 S. E. MISSION BLVD.
SUITE 208
MISSION HILLS, CA 91345

FIRST CLASS MAIL

US POSTAGE
$00.390
Mailed From 91345
09/14/2006

TS#: FD-92061-C
SUE BEINTIA, CLERK, US DISTRICT COURT
ONE APPREANCE BOND IN U.S. VS ERIC CASTRO
CASE #CR05-00206 JMS
300 ALA MOANA BLVD. RM C304
HONOLULU, HI 96850