# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CRIMINAL 05-00206JMS-02

CASE NAME:       United States of America vs. Eric Castro

ATTYS FOR PLA:   Chris A. Thomas

ATTYS FOR DEFT:  Ronald Y. Amemiya

INTERPRETER:

JUDGE:   J. Michael Seabright        REPORTER:   Sharon Ross

DATE:    10/17/2006                  TIME:       9:00 - 9:05

COURT ACTION:  Jury Selection/Trial to Follow:

Defendant not present and his whereabout is unknown to counsel.

The bench warrant is still outstanding for defendant.

Defendant on fugitive status so no new trial date given.

Submitted by:  Dottie Miwa, Courtroom Manager