ALLIANCE TITLE COMPANY
DEFAULT SERVICE CENTER
460 DRAKE CIRCLE
SACRAMENTO, CA 95864

**CERTIFIED MAIL**

7180 8583 3220 0668 7688

RETURN RECEIPT REQUESTED

1 Month Mailing TS#06099DL

SUE BEITIA, CLERK US DISTRICT COURT
ONE APPEARANCE BOND IN U.S. VS
ERIC CASTRO      CASE NO. CR 05-00206 JMS
300 ALA MOANA BLVD.  RM C304
HONOLULU, HI 96850

