# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

01/23/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00206JMS-02 |
| CASE NAME: | United States of America vs. Eric Castro |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | Ronald Y. Amemiya |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Steve Platt |
| DATE: | 01/23/2007 | TIME: | 9:00 - 9:05 |

COURT ACTION:  Jury Selection Trial to Follow:

Counsel Ronald Y. Amemiya present.

Defendant not present.   Three calls made outside of Courtroom 'Aha Kaulike in the name of Eric Castro and there was no response.

Mr. Amemiya informed the Court he has no knowledge of the whereabouts of the defendant.

Mr. Thomas stated he will file a motion to revoke bail.

Submitted by: Dottie Miwa, Courtroom Manager