Recording requested by:
Quality Loan Service Corp.

When recorded mail to:
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

TS # **CA-07-73847-MS**
Loan # **0322889502**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 21 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 11/18/2004. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

**BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE.**

Trustor(s):     **SUZIE ANN CASTRO AND ERIC A. CASTRO WIFE AND HUSBAND AND AS JOINT TENANTS**
Recorded:      11/23/2004 as Instrument No. **XXX** in book **20041123**, page **2634** of Official Records in the office of the Recorder of **SACRAMENTO** County, California;
Date of Sale:  6/5/2007 at 9:30 AM
Place of Sale: **At the East Main entrance to the County Courthouse, 720 9th Street, Sacramento, CA.**
Amount of unpaid balance and other charges: **$292,676.42**
The purported property address is:     **1183 SLIDELL PARK CT**
                                        **GALT, CA 95632**
Assessors Parcel No. **148-0770-024**

The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.**

Date: 5/9/2007

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
619-645-7711 For NON SALE information only
Sale Line: 714-259-7850 or Login to: www.fidelityasap.com
Reinstatement Line: (619) 645-7711 ext 400

*Lee Paschen*
Lee Paschen, Support Staff

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

# Important Notice Regarding
# Alternatives to Foreclosure

### THERE ARE ALTERNATIVES TO FORECLOSURE, BUT YOU MUST TAKE *IMMEDIATE* ACTION.

Your lender is very interested in discussing options that may help you avoid foreclosure, **BUT YOU MUST TAKE IMMEDIATE ACTION AND CALL TODAY.** Your lender may require certain financial information and may require access to the property to determine the property's value prior to qualifying you for these programs.

If you would like information regarding the options available, please contact Quality Loan Service Corp. at (866) 645-7711 so we can put you in touch with your lender's Loss Mitigation Department.

If you would like to obtain an exact figure as to the amounts needed to cure the default or pay the loan in full, forward your request for reinstatement figures and/or payoff quotes to:

> Quality Loan Service Corp.
> 319 Elm Street, 2nd Floor
> San Diego, CA 92101
> Fax (619) 645-7716
>
> or call:
>
> Payoff and Reinstatement Department - (866) 645-7711
> Extension 400

You may wish to consult a credit-counseling agency to assist you. The Department of Housing and Urban Development (HUD) can provide you with the name and address of the local HUD approved counseling agency by calling their toll-free hotline at (800) 569-4287.

**Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure. Be sure to notify Quality Loan Service or your lender in the event your property is listed or under contract for sale or the foreclosure may take place notwithstanding your expected sale.**

**THIS NOTICE IS SENT FOR THE PURPOSE OF COLLECTING A DEBT. THIS FIRM IS ATTEMPTING TO COLLECT A DEBT ON BEHALF OF THE HOLDER AND OWNER OF THE NOTE. ANY INFORMATION OBTAINED BY OR PROVIDED TO THIS FIRM OR THE CREDITOR WILL BE USED FOR THAT PURPOSE.**