CR05-00206 JMS-02

FORM L30 Notice of Filing Report of No Distribution Combined with Order Fixing Deadline to Object ThereTo (v.1.06)    07-22953 – C – 7



| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br><br>(916) 930-4400<br>www.caeb.uscourts.gov<br>M–F 9:00 AM – 4:00 PM | **FILED**<br><br>**6/4/07**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>shbs |

# NOTICE OF FILING REPORT OF NO DISTRIBUTION, COMBINED WITH ORDER FIXING DEADLINE TO OBJECT THERETO

**Case Number:** 07-22953 – C – 7    **Last Day to File an Objection:** 07/05/2007

**Debtor Name(s) and Address(es):**

Suzie A. Castro
1193 Park Heights Dr
Galt, CA 95632

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Suzie Ecuyer
Susie A. Lecuyer
Suzie Lecuyer-Castro

**Trustee:**    John R. Roberts
PO Box 1506
Placerville, CA 95667

**Telephone Number:**    530-626-4732

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT:**   The trustee in the above case has filed a "Report of No Distribution," stating there are no funds available from the estate for distribution to creditors. The report contains the trustee's certification that the estate has been fully administered, and is available for inspection at the Office of the Clerk, U.S. Bankruptcy Court, at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT:**   Unless an objection is filed by the United States Trustee or a party in interest on or before the date shown above, the Court will presume the estate fully administered and proceed to close the case. Any objection shall state with particularity the grounds therefor, and shall be submitted for filing with a notice of hearing setting the hearing on July 31, 2007 at 9:30 a.m. at the U.S. Bankruptcy Court in Department C, Courtroom 35, 6th Floor, at the address shown above. *If no objections are filed, no hearing will be calendared.* **YOU SHOULD NOT APPEAR AT THIS DATE AND TIME UNLESS YOU FILED AN OBJECTION AND NOTICE OF HEARING, OR UNLESS YOU ARE SERVED WITH AN OBJECTION AND NOTICE OF HEARING FILED BY ANOTHER PARTY.**

The objection, notice of hearing, and any supporting documents shall be served on the trustee, and unless filed by the United States Trustee, transmitted to the Office of the United States Trustee by the objecting party on or before the date of filing with the Clerk. Proof of Service and transmittal of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within (3) court days.

If no objections are filed, no hearing will be calendared, and after the resolution of any pending matter and the entry of an order granting or denying the debtor's(s') discharge, the Court will, without further notice, enter an order approving the trustee's report, discharging the trustee, and closing the case.

Dated:
6/4/07

For the Court,
Richard G. Heltzel, Clerk

048526