WED-65605 0872-2 L30 07-22953

K T Thor
9295 E Stockton Blvd #30
Elk Grove, CA 95624

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

048526 48526 1 MB 0.360 96850 25 5726-0-48526

US DISTRICT COURT
APPEARANCE BOND
300 ALA MOANA BLVD RMC304
Honolulu HI 96850-0001

CR 05-00206 JMS-02

**RECEIVED**
CLERK U.S. DISTRICT COURT

3:30p- 8
JUN 04 2007
DISTRICT OF HAWAII

**FIRST-CLASS MAIL**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18